AO 91 (Rev. 5/95) Criminal Complaint    FELONY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States Courts Southern District of Texas
**FILED**
*August 19, 2022*
Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA

VS

De Leon Ruth Elizabeth
A 098 984 265
UNITED STATES

**CRIMINAL COMPLAINT**

CASE NUMBER: B:22 -798 MJ

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>August 17, 2022</u> in <u>Cameron</u> County, in the <u>SOUTHERN</u> District of <u>TEXAS</u>, defendant did

knowingly, willfully, and in violation of law bring or attempt to bring into the United States one undocumented alien knowing or in reckless disregard of the fact that such alien had not received prior authorization to come to, enter, or reside in the United States, and done for the purpose of commercial advantage or private financial gain,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(iv)__ and

in violation of Title __8__ United States Code, Section(s) __1324(a)(2)(B)(ii)__ .

I further state that I am a (n) <u>Customs and Border Protection Officer</u> and that this complaint is based on the following facts:

See Attachment.

Continued on the attached sheet and made a part hereof:    __X__ :Yes    ____ :No

_____
Signature of Complainant
Miguel Salas

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1

August 19, 2022                             at           BROWNSVILLE, Texas
Date                                                              City and State

Ronald G. Morgan U.S. MAGISTRATE JUDGE    _____
Name & Title of Judicial Officer                     Signature of Judicial Officer

ATTACHMENT SHEET (Criminal Complaint)

ATTACHMENT SHEET (Criminal Complaint)

**UNITED STATES OF AMERICA**
**V**
**De Leon, Ruth Elizabeth**
A 098 984 265
UNITED STATES

CASE NUMBER: **B: - MJ 798**

I, Miguel Salas a U.S. Customs and Border Protection Officer swear that the below listed information, as to my knowledge, is true and correct.

The defendant attempted to enter the United States from Mexico through the vehicle primary lanes at the Gateway International Bridge in Brownsville, Texas driving a green Chrysler caravan bearing Texas license plates ███████. The defendant was accompanied by a female minor she claimed as her friend's daughter. Upon inspection, the defendant presented her State of Texas identification card, and a Texas birth certificate on behalf of the female minor bearing the name of ███████████████ to a Customs and Border Protection Officer. All occupants of the vehicle were referred to Passport Control Secondary for further inspection and citizenship verification. After further inspection, Customs and Border Protection Officers determined that the minor whom the defendant claimed as her friend's daughter were not related in any way and had never met before. The defendant stated that the documents she presented on the minor's behalf do not belong to her. Minor was identified as Y.G.C.R., a 10-year-old and was determined to be a citizen and national of Mexico with no legal documents to come to, enter, or reside in the United States. After further interview, the defendant admitted having made arrangements with an unknown male subject to attempt to transport the undocumented minor from Matamoros into the United States; and was to receive $1,000.00 US dollars after delivering minor at a local restaurant near Gateway Bridge in Brownsville, Texas.

_Signature of Complainant_
**Miguel Salas CBPEO**

Sworn to before me and subscribed in my presence,

**August 19, 2022**
Date

at **Brownsville, Texas**
City and State

**Ronald G. Morgan U.S. MAGISTRATE JUDGE**
Name & Title of Judicial Officer

_Signature of Judicial Officer_

(Attachment to AO 91 Criminal Complaint)